### 19516.   HOLMES *v.* YALOVITZ.

BELL, J.   The present case is governed by the general rule that the first grant of a new trial will not be disturbed by this court unless it affirmatively appears that the verdict as returned was absolutely demanded by the evidence. Civil Code (1910), § 6204; *Rowe Motor Express Co.* v. *Twiggs County,* 152 *Ga.* 548 (110 S. E. 303); *Louisville & Nashville R. Co.* v. *Barksdale,* 34 *Ga. App.* 812 (131 S. E. 298).

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED JUNE 17, 1929.

*Raymond W. Martin,* for plaintiff.
*Lovejoy & Mayer, L. L. Meadors,* for defendant.